## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Saylor, Sharon Lynn  aka Saylor, Sharon L.<br><br>    <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 14-12867 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Mortgage, A Division of PNC Bank, NA as servicer or Ginnie Mae, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2280

    Respectfully submitted,

**/s/Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406